# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| FRANK CYPRESS, | * |
| Plaintiff, | * |
| v. | * CV 117-084 |
| THE ESTATE OF MICHAEL HACKER; B. W. MITCHUM TRUCKING COMPANY, INC.; and NATIONAL CASUALTY COMPANY; | * |
| Defendants. | * |

## ORDER

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 27.) All parties signed the stipulation. Upon due consideration, the Court finds dismissal appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all other motions, if any, and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of January, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA